**UNITED STATES COURT OF APPEALS**
**For the Eleventh Circuit**

_____

No. 19-11587

_____

District Court Docket No.
1:16-cv-01894-ODE

KEITH WILLIAM ERICKSON,

Plaintiff - Appellant,

versus

FIRST ADVANTAGE BACKGROUND SERVICES CORP.,

Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: December 04, 2020
For the Court: DAVID J. SMITH, Clerk of Court
By: Djuanna H. Clark