IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

———————————————

No. 19-11587-GG

———————————————

KEITH WILLIAM ERICKSON,

Plaintiff - Appellant,

versus

FIRST ADVANTAGE BACKGROUND SERVICES CORP.,

Defendant - Appellee.

———————————————

Appeal from the United States District Court
for the Northern District of Georgia

———————————————

ORDER:

The Appellant's motion for extension of time to file a request for rehearing, up to and including January 8, 2021, is GRANTED.


DAVID J. SMITH
Clerk of the United States Court of
Appeals for the Eleventh Circuit

ENTERED FOR THE COURT - BY DIRECTION