IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-11587-GG

_____

KEITH WILLIAM ERICKSON,

Plaintiff - Appellant,

versus

FIRST ADVANTAGE BACKGROUND SERVICES CORP.,

Defendant - Appellee.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

ON PETITION(S) FOR REHEARING AND PETITION(S) FOR REHEARING EN BANC

BEFORE: GRANT and MARCUS, Circuit Judges, and AXON,* District Judge.

PER CURIAM:

The Petition for Rehearing En Banc is DENIED, no judge in regular active service on the Court having requested that the Court be polled on rehearing en banc. (FRAP 35) The Petition for Rehearing En Banc is also treated as a Petition for Rehearing before the panel and is DENIED. (FRAP 35, IOP2)


*Honorable Annemarie C. Axon, United States District Judge for the Northern District of Alabama, sitting by designation.


ORD-42